# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Marie L Wnek | § | Case No. 16-26483 |
| Martin J Wnek | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/17/2016 . The undersigned trustee was appointed on 08/17/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 3,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 110.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 2,890.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 01/31/2017 and the deadline for filing governmental claims was 02/13/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 519.39 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 519.39 , for a total compensation of $ 519.39 $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2018                By: /s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: 16-26483   BWB   Judge: Bruce W. Black | | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Marie L Wnek | | | Date Filed (f) or Converted (c): | 08/17/2016 (f) |
| Martin J Wnek | | | 341(a) Meeting Date: | 09/12/2016 |
| For Period Ending: 02/21/2018 | | | Claims Bar Date: | 01/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chevrolet Traverse 2011 70,000 Miles | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 2. Mitsubishi Montero 2001 125,000 Miles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 3. Dodge Dakota 1998 29,000 Miles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. Misc. Household Goods (Bedroom Furniture, Kitchen Appliances, tables, chairs, sofas) - items have been split between debtor and joint debtor as they are separated. | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 5. Consumer Electronics (Including Televisions, Radios, Phones, Stereos) - items have been split between debtor and joint debtor as they are separated. | 300.00 | 300.00 | | 0.00 | FA |
| 6. Books, Pictures, Videos and DVDs Items have been split between debtor and joint debtor as they are separated. | 200.00 | 200.00 | | 0.00 | FA |
| 7. Used Clothing | 300.00 | 300.00 | | 0.00 | FA |
| 8. Used Clothing | 200.00 | 200.00 | | 0.00 | FA |
| 9. Misc. Costume Jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 10. Cash on Hand | 50.00 | 50.00 | | 0.00 | FA |
| 11. Cash | 25.00 | 25.00 | | 0.00 | FA |
| 12. Checking - BMO Harris | 750.00 | 750.00 | | 0.00 | FA |
| 13. 401(k) w/ Current Employer - 100% exempt | 125,000.00 | 125,000.00 | | 0.00 | FA |
| 14. Pension | 48,000.00 | 48,000.00 | | 0.00 | FA |
| 15. Term Life Insurance Policy w/ Employer - No CSV | 0.00 | 0.00 | | 0.00 | FA |
| 16. Whole Life Insurance - Marie Wnek | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 17. Possible Inheritance Joint debtor is still investigating potential to inherit from deceased uncle. | Unknown | Unknown | | 0.00 | FA |
| 18. Preferential Transfer (u) $5000 payment made to mother/insider within 12 months of filing petition | 0.00 | 5,000.00 | | 3,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $195,025.00   $200,025.00       $3,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

Investigating value of vehicle, nonexempt bank accounts and preference payment to insider. - Joji Takada 11/20/2016

Settled preference payment; Payments to be made in installments. - Joji Takada 1/14/2017

Debtor requested amendment to settlement re: amount of filed claims. - Joji Takada 3/4/2017

Settlement amended; Consulting tax professional re: tax returns. - Joji Takada 7/24/2017

Prepare TFR and distributions. - Joji Takada 11/24/2017

Initial Projected Date of Final Report (TFR): 12/30/2017        Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-26483 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Marie L Wnek | Bank Name: Associated Bank |
| Martin J Wnek | Account Number/CD#: XXXXXX0429 |
| | Checking |
| Taxpayer ID No: XX-XXX8586 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/21/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/17 | 18 | Marie Wnek | Settlement payment Installment payment re settlement of preference payment to mother | 1241-000 | $1,000.00 | | $1,000.00 |
| 02/14/17 | 18 | Marie Wnek | Settlement payment Installment payment re settlement of preference | 1241-000 | $500.00 | | $1,500.00 |
| 02/14/17 | 18 | Marie Wnek | Settlement payment Installment re preference settlement | 1241-000 | $500.00 | | $2,000.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,990.00 |
| 03/27/17 | 18 | Marie Wnek | Settlement payment Installment payment re preference with insider | 1241-000 | $500.00 | | $2,490.00 |
| 03/27/17 | 18 | BMO Harris | Settlement payment Installment payment re settlement of insider preference | 1241-000 | $500.00 | | $2,990.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,980.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,970.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,960.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,950.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,940.00 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,930.00 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,920.00 |

Page Subtotals: $3,000.00    $80.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-26483  
Case Name: Marie L Wnek  
Martin J Wnek  
Taxpayer ID No: XX-XXX8586  
For Period Ending: 02/21/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0429  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,910.00 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,900.00 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,890.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $3,000.00 | $110.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,000.00 | $110.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,000.00 | $110.00 |

Page Subtotals:  $0.00  $30.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0429 - Checking | $3,000.00 | $110.00 | $2,890.00 |
|  | $3,000.00 | $110.00 | $2,890.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,000.00 |
| Total Gross Receipts: | $3,000.00 |

Page Subtotals:            $0.00            $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-26483  
Debtor Name: Marie L Wnek  
Claims Bar Date: 1/31/2017

Date: February 21, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $519.39 | $519.39 |
| 1 300 7100 | Capital One Na<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $0.00 | $559.57 | $559.57 |
| 2 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $877.22 | $877.22 |
| | Case Totals | | | $0.00 | $1,956.18 | $1,956.18 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Case Number: 16-26483  
Debtor Name: Wnek, Marie L

Date: February 21, 2018  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $2,890.00 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $519.39 | $0.00 | $519.39 | $519.39 | $0.00 | $0.00 | $519.39 | $2,370.61 |
| Subtotals for Class Administrative 100.00% | | | | $519.39 | $0.00 | $519.39 | $519.39 | $0.00 | $0.00 | $519.39 | |
| 1 | Capital One Na<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | 300 | $559.57 | $0.00 | $559.57 | $559.57 | $0.00 | $4.43 | $564.00 | $1,806.61 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | 300 | $877.22 | $0.00 | $877.22 | $877.22 | $0.00 | $6.94 | $884.16 | $922.45 |
| | Marie L Wnek and Martin J Wnek | Unsecured | 999 | $922.45 | $0.00 | $922.45 | $922.45 | $0.00 | $0.00 | $922.45 | $0.00 |
| Subtotals for Class Unsecured 100.48% | | | | $2,359.24 | $0.00 | $2,359.24 | $2,359.24 | $0.00 | $11.37 | $2,370.61 | |
| | Totals | | | $2,878.63 | $0.00 | $2,878.63 | $2,878.63 | $0.00 | $11.37 | $2,890.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  
Interest calculated using 0.56% interest from 08/17/2016 to 01/14/2018.

Date Printed 2/21/2018 5:59:11 PM

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-26483  
Case Name: Marie L Wnek  
             Martin J Wnek  
Trustee Name: Joji Takada, Chapter 7 Trustee  

Balance on hand                                                           $         2,890.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 519.39 | $ 0.00 | $ 519.39 |

Total to be paid for chapter 7 administrative expenses          $          519.39  
Remaining Balance                                               $        2,370.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,436.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Na | $ 559.57 | $ 0.00 | $ 559.57 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | $ 877.22 | $ 0.00 | $ 877.22 |

Total to be paid to timely general unsecured creditors          $          1,436.79

Remaining Balance                                                                   $            933.82

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.6 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 11.37 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 922.45 .