# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Marie L Wnek | § | Case No. 16-26483 |
| Martin J Wnek | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee            , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 6,425.00
*(Without deducting any secured claims)*

Assets Exempt: 188,600.00

Total Distributions to Claimants: 1,448.16

Claims Discharged
Without Payment: 0.00

Total Expenses of Administration: 629.39

3) Total gross receipts of $ 3,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 922.45  (see **Exhibit 2**), yielded net receipts of $ 2,077.55  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 629.39 | 629.39 | 629.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,436.79 | 1,436.79 | 1,448.16 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 2,066.18 | $ 2,066.18 | $ 2,077.55 |

4)  This case was originally filed under chapter 7 on  08/17/2016 .  The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/18/2018                    By:/s/Joji Takada, Chapter 7 Trustee
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfer | 1241-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Marie L Wnek and Martin J Wnek | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 922.45 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 922.45** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 519.39 | 519.39 | 519.39 |
| Associated Bank | 2600-000 | NA | 110.00 | 110.00 | 110.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 629.39 | $ 629.39 | $ 629.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Na | 7100-000 | NA | 559.57 | 559.57 | 559.57 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 877.22 | 877.22 | 877.22 |
| | Capital One Na | 7990-000 | NA | NA | NA | 4.43 |
| | Pyod, Llc Its Successors And Assigns As Assignee | 7990-000 | NA | NA | NA | 6.94 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,436.79 | $ 1,436.79 | $ 1,448.16 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-26483 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Marie L Wnek | | | | Date Filed (f) or Converted (c): | 08/17/2016 (f) |
| | Martin J Wnek | | | | 341(a) Meeting Date: | 09/12/2016 |
| For Period Ending: | 06/18/2018 | | | | Claims Bar Date: | 01/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Chevrolet Traverse 2011 70,000 Miles | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 2.  Mitsubishi Montero 2001 125,000 Miles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 3.  Dodge Dakota 1998 29,000 Miles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4.  Misc. Household Goods<br><br>(Bedroom Furniture, Kitchen Appliances, tables, chairs, sofas) - items have been split between debtor and joint debtor as they are separated. | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 5.  Consumer Electronics<br><br>(Including Televisions, Radios, Phones, Stereos) - items have been split between debtor and joint debtor as they are separated. | 300.00 | 300.00 | | 0.00 | FA |
| 6.  Books, Pictures, Videos and DVDs<br><br>Items have been split between debtor and joint debtor as they are separated. | 200.00 | 200.00 | | 0.00 | FA |
| 7.  Used Clothing | 300.00 | 300.00 | | 0.00 | FA |
| 8.  Used Clothing | 200.00 | 200.00 | | 0.00 | FA |
| 9.  Misc. Costume Jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Cash on Hand | 50.00 | 50.00 | | 0.00 | FA |
| 11.  Cash | 25.00 | 25.00 | | 0.00 | FA |
| 12.  Checking - BMO Harris | 750.00 | 750.00 | | 0.00 | FA |
| 13.  401(k) w/ Current Employer - 100% exempt | 125,000.00 | 125,000.00 | | 0.00 | FA |
| 14.  Pension | 48,000.00 | 48,000.00 | | 0.00 | FA |
| 15.  Term Life Insurance Policy w/ Employer - No CSV | 0.00 | 0.00 | | 0.00 | FA |
| 16.  Whole Life Insurance - Marie Wnek | 2,500.00 | 2,500.00 | | 0.00 | FA |

**FORM 2**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-26483 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Marie L Wnek | | | | | Date Filed (f) or Converted (c): | 08/17/2016 (f) |
| | Martin J Wnek | | | | | 341(a) Meeting Date: | 09/12/2016 |
| For Period Ending: | 06/18/2018 | | | | | Claims Bar Date: | 01/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17.  Possible Inheritance<br><br>   Joint debtor is still investigating potential to inherit from deceased uncle. | Unknown | Unknown | | 0.00 | FA |
| 18.  Preferential Transfer (u)<br><br>   $5000 payment made to mother/insider within 12 months of filing petition | 0.00 | 5,000.00 | | 3,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $195,025.00 | $200,025.00 | | $3,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating value of vehicle, nonexempt bank accounts and preference payment to insider. - Joji Takada 11/20/2016

Settled preference payment; Payments to be made in installments. - Joji Takada 1/14/2017

Debtor requested amendment to settlement re: amount of filed claims. - Joji Takada 3/4/2017

Settlement amended; Consulting tax professional re: tax returns. - Joji Takada 7/24/2017

Prepare TFR and distributions. - Joji Takada 11/24/2017

TFR approved; Checks issued. - Joji Takada 3/28/2018

Initial Projected Date of Final Report (TFR): 12/30/2017        Current Projected Date of Final Report (TFR): 06/30/2018

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-26483 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Marie L Wnek | Bank Name: Associated Bank |
| Martin J Wnek | Account Number/CD#: XXXXXX0429 |
| | Checking |
| Taxpayer ID No: XX-XXX8586 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/18/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/17 | 18 | Marie Wnek | Settlement payment Installment payment re settlement of preference payment to mother | 1241-000 | $1,000.00 | | $1,000.00 |
| 02/14/17 | 18 | Marie Wnek | Settlement payment Installment payment re settlement of preference | 1241-000 | $500.00 | | $1,500.00 |
| 02/14/17 | 18 | Marie Wnek | Settlement payment Installment re preference settlement | 1241-000 | $500.00 | | $2,000.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $1,990.00 |
| 03/27/17 | 18 | Marie Wnek | Settlement payment Installment payment re preference with insider | 1241-000 | $500.00 | | $2,490.00 |
| 03/27/17 | 18 | BMO Harris | Settlement payment Installment payment re settlement of insider preference | 1241-000 | $500.00 | | $2,990.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $2,980.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $2,970.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $2,960.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $2,950.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $2,940.00 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $2,930.00 |

| | | | Page Subtotals: | | $3,000.00 | $70.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-26483 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Marie L Wnek | Bank Name: Associated Bank | |
| Martin J Wnek | Account Number/CD#: XXXXXX0429 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8586 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/18/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,920.00 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,910.00 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,900.00 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,890.00 |
| 04/16/18 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $519.39 | $2,370.61 |
| 04/16/18 | 1002 | Capital One Na C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution per court order. | | | $564.00 | $1,806.61 |
| | | | ($4.43) | 7990-001 | | | |
| | | Capital One Na | Final distribution per court order. ($559.57) | 7100-000 | | | |
| 04/16/18 | 1003 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution per court order. | | | $884.16 | $922.45 |
| | | | ($6.94) | 7990-001 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution per court order. ($877.22) | 7100-000 | | | |
| 04/16/18 | 1004 | Marie L Wnek and Martin J Wnek | Distribution of surplus funds to debtor. | 8200-002 | | $922.45 | $0.00 |

COLUMN TOTALS $3,000.00 $3,000.00

Page Subtotals: $0.00 $2,930.00

Exhibit 9

| | | |
|---|---|---|
| Less: Bank Transfers/CDs | $0.00 | $0.00 |
| Subtotal | $3,000.00 | $3,000.00 |
| Less: Payments to Debtors | $0.00 | $922.45 |
| Net | $3,000.00 | $2,077.55 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0429 - Checking | $3,000.00 | $2,077.55 | $0.00 |
| | $3,000.00 | $2,077.55 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,000.00 |
| Total Gross Receipts: | $3,000.00 |